UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 18-23610-CV-JEM**

SHARON SMITH, ETIENNE PIERRE, and
WILLIE WASHINGTON,

    Plaintiffs,

v.

SHUTTLE SERVICE MIA, INC., a Florida
corporation, and FIRST TRANSIT, INC., a
Delaware corporation,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

**THIS CAUSE** came before the Court upon the parties' notice of settlement. Counsel for Defendant contacted Chambers advising that the parties have amicably resolved this matter and are finalizing settlement papers. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 45 days of the date of this Order**.

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of October 2020.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE