UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:18-23610-CIV-MARTINEZ-OTAZO-REYES

SHARON SMITH, ETIENNE PIERRE, and WILLIE WASHINGTON, on behalf of themselves and all similarly situated,

    Plaintiffs,

v.

SHUTTLE SERVICE MIA, INC., a Florida corporation, and FIRST TRANSIT, INC., a Delaware corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Parties' Joint Stipulation of Dismissal. Accordingly, it is ORDERED and ADJUDGED that this action is DISMISSED with prejudice. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida on this 19th day of November, 2020

                                        _____
                                        JOSE E. MARTINEZ
                                        United States District Judge

cc: all counsel of record